IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kamat M. Damani, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 19-cv-06901 |
| v. | ) | |
| | ) | |
| Studio Movie Grill, Brian Hood, Aaron Thomas, and Charles Lane, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>**

NOW COMES the Mark Roth, of the law firm of Roth Fioretti, LLC, and requests that this Court grant him leave to withdraw from representing Plaintiff, Kamat Damani. In support, counsel states:

The undersigned counsel was appointed to represent the Plaintiff, Kamat Damani, in an order dated January 8, 2020 [Dkt No. 10].

I am familiar with the area of law raised in this lawsuit, as I have filed numerous employment law-related cases. I reviewed all of the documents filed in this matter. In addition, on January 21, 2020, I met with the Plaintiff, Kamat Damani, in my office. At that time, I thoroughly investigated into the basis of this case by interviewing Mr. Damani and reviewing his documents related to this case. We met for several hours. At the conclusion of that meeting, Mr. Damani gave me additional documents for review.

I am unable in good faith, and consistent with Rule 11, to advocate any legal theory raised in this case. I am unable to sign my name to, file, or submit any pleadings advocating any potential theory raised in this case. I cannot represent Mr. Damani, as, in my opinion, the client insists upon presenting a claim or defense that is not warranted

under existing law and cannot be supported by a reasonable argument for an extension, modification, or reversal of existing law.

For those reasons, the undersigned cannot represent Mr. Damani.

Mr. Damani has been given notice of this motion by email at Kamatdamani@hotmail.com, which is the email address that Mr. Damani confirmed was his correct email address and the address to which I had previously sent emails.

WHEREFORE, Mark Roth requests that this Court grant it leave to withdraw from its representation of Plaintiff.

Respectfully submitted,

/s/ Mark D. Roth
Mark D. Roth

Mark D. Roth
ROTH FIORETTI
311 S. Wacker Drive
Suite 2470
Chicago, IL  60602
(312) 922-6262
mark@rothfioretti.com