

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

KAMAT M. DAMANI )
Plaintiff )
)
)
v. )
BRIAN HOOD )
AARON THOMAS )
CHARLES LANE )
Defendant's )

**Case Number:** 1:19-CV-06901

**Judge:** HONORABLE ANDREA R. WOOD

**Magistrate Judge:**

# FILED

AUG 27 2021 SH

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

AMENDED COMPLAINT EMPLOYMENT DISCRIMINATION
THIS AMENDED COMPLAINT IS NOT AGAINST STUDIO MOVIE GRILL

KAMAT M. DAMANI PLAINTIFF PRO-SE ASSISTED
BY THE HIBBLE MEMORIAL PRO-SE ASSISTANT PROGRAM

1- DAMANI REALLECIES THE ABOVE PARAGRAPHS

2- THIS COURT HAS SUPPLEMENTAL JURIDICTIONS OF THIS CLAIM
UNDER 28 U.S.C. SECTION 1367

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

KAMAT DAMANI WORKED FOR STUDIO MOVIE GRILL FROM APRIL 1ST 2016 THRU APRIL 6TH 2018 DAMANI JOB TITLE WAS JANITORAL CLEANING 14 INDIVIDUAL AUDITORIUMS, USHER, KIOSK, CONSECCION STAND AND BOX OFFICE DAMANI SATISFIED HIS DUTY WITH STUDIO MOVIE GRILL WORKED HONESTLY AND DILEGENTLY. THE COMPANY NAME WAS ALWAYS CHATHAM 14. IN EARLY 2017 NAME WAS CHANGED TO STUDIO MOVIE GRILL (SMG). FROM END OF SEPTEMBER 2016 THRU THE TIME OF DAMANI'S TERMINATION MANAGERS AND COWORKERS WERE STEALING MONEY FROM COMPANY. (SMG). DAMANI REPORTED THE THEFTS TO GENERAL MANAGER STEVEN BUKUS AND MANAGER MARTHA HERNANDEZ.

IN MID 2017 STUDIO MOVIE GRILL (SMG) CAME OUT WITH HOT SCHEDULE FOR EMPLOYEES WHERE THEY CAN SEE THEIR SCHEDULE, TAKE OVER OR PICK UP OTHER EMPLOYEES OFF OR SICK DAYS AND FROM THE COMPANY'S MANAGEMENT DAMANI COULD NOT GET EXTRA DAYS FROM DEMANDING TO TAKE OVER THE COWORKERS CALL-INS, BECAUSE OF THE DEMINOR OF THE MANAGEMENTS TOWARDS DAMANI BECAUSE OF THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR) COMPLAINTS 2017, 2018 AGAINST STUDIO MOVIE GRILL AND THE MANAGEMENTS, THE ABOVE INFORMATION IS ALL DOCKETED IN SOFTWARE OF STUDIO MOVIE GRILL'S HOT SCHEDULE AND LOGGED THROUGH DAMANI I-PHONE, ALL THESE DETAILS TELL THE TRUTH WHAT WAS THE

REASON DAMANI COULD NOT TAKE OVER ANOTHER COWORKERS DAYS. MR. LANE AND MR. THOMAS HAD ANIMOSITY TOWARDS DAMANI BECAUSE NOW THERE ARE (2) I.D.H.R. COMPLAINTS ON STUDIO MOVIE GRILL AND THIS IS THE TIME WHERE AARON THOMAS AND CHARLES LANE REDUCED DAMANI'S HOURS TO APPROX. 20 HOURS PER WEEK. EVERYTHING IS DOCKETED THROUGH HOT SCHEDULE SOFTWARE AND DAMANI ALSO REQUESTS THIS HOT SCHEDULE TO BE PRESERVED, FOR FUTURE EVIDENCE. COURT WILL SEE

AND HAVE CLEAR UNDERSTANDING ON HOW THESE MANAGERS AND MANAGEMENT MOTIVE WAS TOWARDS DAMANI'S RACE, NATIONAL ORIGIN.

# BRIAN HOOD DIRECTOR

BRIAN HOOD (HOOD) WAS A DIRECTOR FOR STUDIO MOVIE GRILL (2) ILLINOIS LOCTATIONS (1) CHICAGO, (1) WHEATON, ILLINOIS. HOOD WAS OVER SEEING THE COMPANY HOOD HAD AUTHORITY TO HIRE, FIRE, PROMOTE AND MANY OTHER IMPORTANT DUTIES.

DAMANI HAS BEEN WORKING CLOSELY WITH HOOD DURING GRAND RE-OPENING OF STUDIO MOVIE GRILL IN CHICAGO LOCATION IN BEGINING OF 2017.

WHEN DAMANI FILED A COMPLAINT WITH ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR) IN APRIL 2017 BRIAN HOOD AND STUDIO MOVIE GRILL RECEIVED A COPY OF THE COMPLAINT FROM IDHR AND BRIAN HOOD AND OTHER MANAGERS WERE ANGRY AT DAMANI. NOW HOOD AND DAMANI DONT SEE EYE TO EYE, SENSE OF HATRED WAS COMING FROM HOOD ESPECIALLY WHEN DAMANI WAS GETTING HARASSED AND BULLIED BY MANAGERS AND COWORKER. DAMANI, ASKED HOOD HOW COME LESS SENIORITY AND UNQUALIFIED PEOPLE ARE BECOMING LEADS AND SUPERVISORS AND HOOD DID MENTIONED TO DAMANI ABOUT GROWTH WITH THIS COMPANY BEFORE IDHR COMPLAINT. HOOD MELICIOUSLY ACTING IN UNPROFESSIONALLY BECAUSE OF THE IDHR AND MADE THE MANAGERS AND COWORKER TO HATE DAMANI.

# AARON THOMAS

AARON THOMAS (THOMAS) CAME TO CHICAGO STUDIO MOVIE GRILL IN AROUND APRIL EARLY MAY 2017, THIS IS THE TIME WHERE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR) HAS SENT OUT A COPY OF FIRST COMPLAINT TO STUDIO MOVIE GRILL WHERE THOMAS HAS JUST GOT NOTICE OF CHARGE BY STUDIO MOVIE GRILL AND MANAGERS. DAMANI HAS NO IDEA WHAT OTHERS MANAGERS PUT IN THOMAS HEAD, BUT THOMAS DID NOT LIKE DAMANI FROM START. ALL THE EVIDENCE WILL STATE THAT THOMAS HAD HATRED AGAINST DAMANI AND CONTINUED TO GET TREATED UNFAIRLY.

ONE EXAMPLE: STUDIO MOVIE GRILL IN WHEATON, ILLINOIS WAS SHORT STAFFED FOR COUPLE WEEKS THOMAS SENDS ALL FAVORED EMPLOYEES EXCEPT DAMANI. WHEN DAMANI ASKED WHY DAMANI WAS NOT SCHEDULED FOR WHEATON THOMAS IGNORED ANSWER. DAMANI WAS MELICIOUSLY GETTING UNFAIR TREATMENT AT WORK.

SECOND EXAMPLE: ONE SUMMER DAY THUNDER STORM HAS PUT OUT ALL ELECTRICITY AND ALL POWERS WENT OFF IN THEATER BESIDES SOMEONE TO ASSIST ME WITH ANGRY GUSTS THOMAS IN MELICIOUS ACT LEFT ME TO DEFEND ALL BY HIMSELF DAMANI FELT DEPRESSED AND HAD TO GO HOME BECAUSE OF THE STRESS STUDIO MOVIE GRILL AND MANAGE

Page 2 of 2

THIRD EXAMPLE: DAMANI CONTINUED TO GET WRITTEN-UP APPROXIMITLY EVERY 3 MONTHS, THOMAS TRIED VERY VERY HARD TO TERMINATE DAMANI'S EMPLOYMENT DAMANI ALWAYS GETS BLAMED FOR THINGS DAMANI NEVER DID, THERE ALWAYS SOMEKIND OF DRAMA STUDIO MOVIE GRILL AND THOMAS USED TO PULL ON DAMANI, MAYBE THEY WERE DISCRIMINATING AGAINST DAMANI'S MENTAL ILLNESS. EVEN ONE DAY DAMANI ASKED THOMAS FOR EXTRA HOURS FOR WEEK THOMAS REPLIED YOU SHOULD GO WORK SOMEWHERE ELSE. THERE'S AN EXHIBIT ATTACHED HERE-TO WHERE DAMANI WAS GETTING BULLIED AND HARASSED BY CO-WORKER AND THOMAS WAS AWARE OF INCIDET DAMANI CALLED-IN FOR WORK AND THOMAS WITH MALICE WROTE DAMANI UP AND LET THAT COWORKER WHO IS 7 FOOT TALL AND 250 POUND WORK ASIDE FROM DAMANI, STUDIO MOVIE GRILL AND THOMAS HAS MADE MY DEPRESSION WORSE BY WORKING IN A HOSTILE CONDITION.

PAGE 1 OF X

# CHARLES LANE

DAMANI STARTED HIS EMPLOYMENT AT STUDIO MOVIE GRILL ON 04-01-2016 AND ALWAYS WORKED WITH CHARLES LANE (LANE). LANE WAS ALWAYS DAMANI'S MANAGER HE HAD AUTHORITY TO MAKE SCHEDULE, AND BEFORE THE THEFT INCIDENT DAMANI'S WORK SCHEDULE WOULD BE OVER 30 HOURS PER WEEK, AFTER REPORTING THEFT, DAMANI'S WORK SCHEDULE BE AROUND 20 HOURS PER WEEK. STUDIO MOVIE GRILL AND LANE HAS TAKEN MALICIOUSLY ACT TOWARDS DAMANI'S RACE, NATIONAL ORIGIN, ETHNICITY AND DISABILITY (MENTAL DISABILITY). DAMANI REQUESTS TO PICK-UP SHIFTS THAT SOMEONE (COWORKERS) CALLED OFF, DAMANI GETS REJECTED BY LANE AND GIVEN TO THE FAVORED EMPLOYEE.

LANE CHOOSES EMPLOYEE OF THE MONTH, LANE WILL PICK HIS FRIENDS AND FAMILY OR FAVORED EMPLOYEE FOR EMPLOYEE OF MONTH, DAMANI HAD BEEN EMPLOYED FOR ALMOST 2 YEARS AND NEVER BEEN EMPLOYEE OF THE MONTH BECAUSE YAMANI HAD REPORTED THE THEFT, LANE WAS A MASTERMIND ON THEFT AT STUDIO MOVIE GRILL HE (LANE) WAS IN CHARGE OF THE BEVERAGE DEPARTMENT AND ACCESS TO BOX OFFICE WHERE HE (LANE) GOT CAUGHT STEALING

FROM STUDIO MOVIE GRILL AFTER 3 YEARS OF REPORTED THEFT BY DAMANI. LANE AND STUDIO MOVIE GRILL HAS TAKEN AN HATRED ACT ON DAMANI ESPECIALLY ON 03-13-2018 WHERE THIS INDIVIDUAL (LANE) LET DAMANI ALONE WITH MALICE BECAUSE LANE HAD SO MUCH HATRED AGAINST DAMANI BECAUSE OF REPORTING THE THEFT.

CERTIFICATE OF SERVICE

I HERE BY CERTIFY THAT ON AUGUST 28TH 202

I PROVIDED SERVICE TO CHARLES LANE AT:

15714 CENTENNIAL DRIVE
ORLAND PARK, ILLINOIS 60462

BY FOLLOWS MEANS U.S. MAIL
JACKSON AND DEARBORN LOCATION.

PRO-SE

KAMAT M. DAMANI, PRO-SE
8/28/2021

7704 S. EMERALD AVE
APT # 1-B
CHICAGO, ILLINOIS 60620
773 934-9953

Kamatdamani@hotmail.com

CERTIFICATE OF SERVICE

I HERE BY CERTIFY THAT ON AUGUST 28TH 2021

I PROVIDED SERVICE TO AARON THOMAS

AT:

210 W. 87TH STREET

CHICAGO, ILLINOIS 60620

By follows MEANS U.S. MAIL

JACKSON AND DEARBORN LOCATION.

Kamat M.M. PRO-SE

KAMAT M-DAMANI PRO-SE

8/28/2021

7704 S. EMERALD AVE.

APT #1-B

CHICAGO, ILLINOIS 60620

773 934-9953

Kamatdamani@hotmail.com

CERTIFICATE of SERVICE

I HERE BY CERTIFY THAT ON AUGUST 28th 2021
I PROVIDED SERVICE TO BRIAN HOOD AT:

210 W. 87th STREET
CHICAGO, ILLINOIS 60620

BY THE FOLLOWS MEANS U.S. MAIL
JACKSON AND DEARBORN LOCATION.

Kamat M Ad━ PRO-SE
KAMAT M-DAMANI PRO-SE
8/28/2021
7704 S. EMERALD AVE.
APT #1-B
CHICAGO, ILLINOIS 60620
773 934-9953
Kamatdamani@hotmail.com

CERTIFICATE of SERVICE

I HERE BY CERTIFY THAT ON AUGUST 28TH 2021
I PROVIDED SERVICE TO JENNIFER COLVIN,
OGLETREE, DEAKINS, NASH, SMOAK AND STEWART P.C.

155 N. WACKER DRIVE
SUITE 4300
CHICAGO, ILLINOIS 60606

BY THE FOLLOWS MEANS U.S. MAIL
    JACKSON AND DEARBORN LOCATION.

Kant M Ha      PRO-SE
KAMAT M. DAMANI,      PRO-SE
8/28/2021
7704 S. EMERALD AVE
    APT. #1-B
CHICAGO, ILLINOIS 60620
773 934-9953
Kamatdamani@hotmail.com

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KAMAT M. DAMANI )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )        CIVIL ACTION
)
            v.                   )
)          NO. 1:19-CV-06901
BRIAN HOOD _____ )
)          CONSOLIDATED WITH CASE NO:
AARON THOMAS _____ )             20-CV-01879
)
CHARLES LANE _____ )          HONORABLE JUDGE: ANDREA R. WOOD
(Name of the defendant or defendants) )

AMENDED        **COMPLAINT OF EMPLOYMENT DISCRIMINATION**
          THIS AMENDED COMPLAINT IS NOT AGAINST STUDIO MOVIE GRILL
1.  This is an action for employment discrimination.

2.  The plaintiff is KAMAT M. DAMANI _____ of the

county of COOK _____ in the state of ILLINOIS _____.

3.  The defendant is AARON THOMAS _____, whose

street address is 210 WEST 87TH STREET _____,

(city) CHICAGO (county) COOK (state) ILLINOIS (ZIP) 60620

(Defendant's telephone number)      (___) – _____

4.  The plaintiff sought employment or was employed by the defendant at (street address)

210 WEST 87TH STREET _____ (city) CHICAGO

(county) COOK ____ (state) ILLINOIS (ZIP code) 60620

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

   (a) ☐  was denied employment by the defendant.

   (b) ☐  was hired and is still employed by the defendant.

   (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) *NOVEMBER* , (day) *07TH* , (year) *2016* .

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff  [*check one box*] ☐ *has not*     ☒ *has* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐  the United States Equal Employment Opportunity Commission, on or about (month)_____ (day)_____ (year)_____.

   (ii) ☒  the Illinois Department of Human Rights, on or about   *SEE ATTACHED* (month) *MAY*_____ (day) *29TH* (year) *2018* .   *PAGE*

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached.   ☒ YES.   ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐   Yes (month)_____ (day)_____ (year) _____

☐   No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

   (i)  Complaint of Employment Discrimination,

     ☐ YES    ☐ NO, but a copy will be filed within 14 days.

   (ii) Final Agency Decision

     ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

.    (a) ☐    the United States Equal Employment Opportunity Commission has not issued

     a *Notice of Right to Sue.*

(b) ☒    the United States Equal Employment Opportunity Commission has issued a

     *Notice of Right to Sue*, which was received by the plaintiff on

     (month) _July_ (day) _26 TH_ (year) _2019_  ~~a copy~~ COPIES of which

     *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [***check only
those that apply***]:

(a) ☐   Age (Age Discrimination Employment Act).

(b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the *AND ETHNICITY* Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

*SEE ATTACHED PAGE*

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

   _____ *SEE ATTACHED PAGE* _____

   _____

   _____

   _____

   _____

   _____

14.  **[*AGE DISCRIMINATION ONLY*]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☒ YES   ☐ NO

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐  Direct the defendant to hire the plaintiff.

   (b) ☐  Direct the defendant to re-employ the plaintiff.

   (c) ☐  Direct the defendant to promote the plaintiff.

   (d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☐  Direct the defendant to (specify): _____

   _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Kamat M. Damani_

(Plaintiff's name)

KAMAT M. DAMANI

(Plaintiff's street address)

7704 S. EMERALD AVE

APT. # 1-B

(City) CHICAGO    (State) ILLINOIS (ZIP) 60620

(Plaintiff's telephone number) (773) – 934-9953

Date: 8/28/2021

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KAMAT M. DAMANI )
_____ )
_____ )
_____ )
_____ )        CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
                                     )
            v.                       )
                                     )    NO. 1:19-CV-06901
BRIAN HOOD                           )    CONSOLIDATE WITH CASE NO:
_____ )               20-CV-01879
AARON THOMAS                         )
_____ )          HONORABLE JUDGE: ANDREA R. WOOD
CHARLES LANE                         )
_____ )
(Name of the defendant or defendants) )

### AMENDED  COMPLAINT OF EMPLOYMENT DISCRIMINATION

THIS AMENDED COMPLAINT IS NOT AGAINST STUDIO MOVIEGRILL

1.  This is an action for employment discrimination.

2.  The plaintiff is KAMAT M. DAMANI _____ of the

    county of COOK _____ in the state of ILLINOIS _____.

3.  The defendant is CHARLES LANE _____, whose

    street address is 15714   CENTENNIAL DRIVE _____,

    (city) ORLAND PARK (county) COOK (state) ILLINOIS (ZIP) 60462

    (Defendant's telephone number) (773) – 981-8440 _____

4.  The plaintiff sought employment or was employed by the defendant at (street address)

    210 WEST 87TH STREET _____ (city) CHICAGO

    (county) COOK (state) ILLINOIS (ZIP code) 60620

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
(month) _NOVEMBER_ , (day) _07TH_ , (year) _2016_ .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check
one box*] ☐ *has not* ☒ *has* filed a charge or charges against the defendant
asserting the acts of discrimination indicated in this complaint with any of the following
government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about
(month)_____ (day)_____ (year)_____ .

(ii) ☒ the Illinois Department of Human Rights, on or about   _SEE ATTACHED_
_PAGE_
(month) _MAY_____ (day) _29TH_ (year) _2018_ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois
Department of Human Rights to cross-file with the other agency all charges received. The
plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the
defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐     Yes (month)_____ (day)_____ (year) _____

☐     No, did not file Complaint of Employment Discrimination

(b)     The plaintiff received a Final Agency Decision on (month)_____

       (day) _____ (year) _____.

(c)     Attached is a copy of the

      (i)   Complaint of Employment Discrimination,

         ☐ YES     ☐ NO, but a copy will be filed within 14 days.

      (ii) Final Agency Decision

         ☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.     *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

.      (a) ☐     the United States Equal Employment Opportunity Commission has not issued

         a *Notice of Right to Sue.*

     (b) ☒     the United States Equal Employment Opportunity Commission has issued a

         *Notice of Right to Sue*, which was received by the plaintiff on

         (month) _JuLy_____ (day) _26ᵀᴴ_ (year) _2019_ a̶ ̶c̶o̶p̶y̶ COPIES of which

         *Notice* is attached to this complaint.

9.     The defendant discriminated against the plaintiff because of the plaintiff's [***check only***
      ***those that apply***]:

     (a) ☐   Age (Age Discrimination Employment Act).

     (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

*AND ETHNICITY*

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

*SEE ATTACHED PAGE*

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

_____

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.  The facts supporting the plaintiff's claim of discrimination are as follows:

_____*SEE ATTACHED PAGE*_____

_____

_____

_____

_____

_____

14.  [**AGE DISCRIMINATION ONLY**]  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.  The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16.  THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐  Direct the defendant to hire the plaintiff.

(b) ☐  Direct the defendant to re-employ the plaintiff.

(c) ☐  Direct the defendant to promote the plaintiff.

(d) ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐  Direct the defendant to (specify): _____

_____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒     If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒     Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Kamat M D_

(Plaintiff's name)

_KAMAT  M · DAMAN I_

(Plaintiff's street address)

_7704  S · EMERALD  AVE ._

_APT. # 1-B_

(City) _CHICAGO_ _____ (State) _ILLINOIS_ (ZIP) _60620_

(Plaintiff's telephone number) (_773_) – _934-9953_

Date: _8/28/2021_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

KAMAT M. DAMANI )
_____ )
_____ )
_____ )
_____ )    CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v.                       )    NO. 1:19-CV-06901
)    CONSOLIDATED WITH CASE NO:
BRIAN HOOD )        20:CV-01879
AARON THOMAS )
CHARLES LANE )              HONORABLE JUDGE: ANDREA R. WOOD
(Name of the defendant or defendants) )

## AMENDED COMPLAINT OF EMPLOYMENT DISCRIMINATION

THIS AMENDED COMPLAINT IS NOT AGAINST STUDIO MOVIE GRILL

1.  This is an action for employment discrimination.

2.  The plaintiff is __KAMAT M. DAMANI__ of the
county of __COOK__ in the state of __ILLINOIS__.

3.  The defendant is __BRIAN HOOD__, whose
street address is __210 W. 87TH STREET__,
(city) __CHICAGO__ (county) ~~ILLINOIS~~ COOK (state) __ILLINOIS__ (ZIP) __60620__
(Defendant's telephone number) __(817) – 480 – 5723__

4.  The plaintiff sought employment or was employed by the defendant at (street address)
__210 WEST 87TH STREET__ (city) __CHICAGO__
(county) __COOK__ (state) __ILLINOIS__ (ZIP code) __60620__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) NoVEMBER , (day) 07TH , (year) 2016 .

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check

one box*] ☐ has not filed a charge or charges against the defendant
☒ has

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

(i) ☐ the United States Equal Employment Opportunity Commission, on or about

(month)_____ (day)_____ (year)_____.

(ii) ☒ the Illinois Department of Human Rights, on or about SEE ATTACHED PAGE

(month) MAY_____ (day) 29TH (year) 2018 .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____.

(c)    Attached is a copy of the

     (i) Complaint of Employment Discrimination,

       ☐ YES    ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

       ☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

.    (a) ☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b) ☒    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on

(month) _July_ (day) _26TH_ (year) _2019_ *COPIES* a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐    Age (Age Discrimination Employment Act).

(b) ☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

AND ETHNICITY

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

SEE ATTACHED PAGE

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☒ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

4

_____

_____

_____

_____

13.     The facts supporting the plaintiff's claim of discrimination are as follows:

_____ SEE ATTACHED PAGE _____

_____

_____

_____

_____

_____

14.     **[*AGE DISCRIMINATION ONLY*]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.     The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16.     THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐     Direct the defendant to hire the plaintiff.

(b) ☐     Direct the defendant to re-employ the plaintiff.

(c) ☐     Direct the defendant to promote the plaintiff.

(d) ☐     Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐     Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

KAMAT  M.  DAMANI

(Plaintiff's street address)

7704  S.  EMERALD  AVE

APT # 1-B

(City) CHICAGO      (State) ILLINOIS (ZIP) 60620

(Plaintiff's telephone number) (773) – 934-9953

Date:  8/28/2021

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



2018CF 1178

ON TUESDAY 03/13/2018 I CLOCKED IN @ 4:30PM AS ALWAYS ASK MGNT WHAT TASK DO YOU REQUIRE ME TO DO TODAY (I LOVE THIS COMPANY AND I CAN DO ANY THING THATS REQUIRED BY MGNT PLUS I GO ALL THE WAY OTHER TASKS THAT I SEE NEED TO BE DONE, THIS COMPANY IS LIKE MY HOUSE THAT I'M OPENING MY ARMS AS WELCOME AND, NEATLY THING I LIKE AS MGNT ALL READY KNOWS ABOUT) SO ABOUT 8PM THIS INTOXICAT GUEST HAS BEEN KEPT ASKING ME THAT IM GOING TO GET SOMETHIN TO DRINK & FORGOT THE TICKET INSIDE THE THEATER AS ALWAYS IM REALLY GOOD WHAT I DO AND MEMORY. SO I ALWAYS ASK WHERE YOU HEADED, (SO THE GUEST SAY MAY BE WASHROOM AND GET SOMETHING TO EAT, SO I ALWAYS TELL IS YOU HEADED TO ORDER FOOD YOU MUST KEEP THE TICKET BECAUSE WE SCAN THE TICKET AND BRING THE FOOD TO YOUR ASSIGN SEAT SO PLEASE MAKE SURE YOUR SITTING IN THE RIGHT SEAT. BUT IF THERE JUST HEAD TO THE RESTROOM OR CONCESSION OR THE BAR I COMPLETLY REALIZE THAT, THAT THE GUEST THEY JUST WENT THERE, OR THEY ALREADY KNOW I ALWAYS SAY PLEASE KEEP YOUR TICKET WITH YOU WHEN YOU GO IN & OUT, 95% OUR GUEST RESPECT ME BECAUSE OF MY PERSONALITY, MY RESPECT FOR OUR GUEST THAT THEY ARE COMPLETLY 100% SATISFIED WITH OUR SERVICE TO THE MOVIE GOERS) SO THIS TIME THRU 8:15PM THRU 9:50PM THIS INTOXICATED GUEST THATS BEEN WALKING AROUND SUPER DRUNK AND WHILE IM TAKING CARE OF OUR GUEST HE SAID STUPID "REMARK HEY REMEMBER ME I GOT RED JACKET JUST LIKE YOU GOT LONG BEARD"... SOMETHINGS I REALLY HAVE GOOD SENSE OF HUMOR BUT ONCE

HE CALLED ME BITCH YOUR MOTHER BITCH YOU FUCKING MOTHER FUCKING BITCH WHAT THE FUCK YOU GOING TO DO... BEFORE THAT FOR COMPLETLY 30-45 MINUTES OR MORE BEING NUISANCE, HE'S NOW IN THEATER 11 (BLACK PANTHER) THEN HE WENT IN THEATER 13 (BLACK PATHER) I BEEN CALLING MGMT CHUCK LANE, CHARLES PRINCE, ALESHA WESTBROOK, SECURITY STEVE OR OTHER SECURITIES FOR ALL THE ABOVE TIME DESCRIBED ABOVE ALL MY CO-WORKERS BEEN HEARING THAT KAWAT BEEN CALLING FOR SO AND SO, "PAMELA

BEST CO-
WORKER IN SHIP

WESTBROOK" SHE SAID WHATS GOING ON KAWAT BECAUSE NONE OF THE MGMT'S OR THE SECURITIES BEEN THERE, SO I TOLD PAMELA W. THAT THIS GENTLEMAN THERE IN THEATER #11 (BLACK PANTHER) HE IS RUNNING AROU DONT KNOW WHAT THEATER HE SUPPOSE TO BE, SO PAM WENT THERE #11 AND THAT GENTLEMAN HAS NOT GAVE PAMELA W. TICKET THEN IT WAS FOR DIFFERENT, MOVIE #5 (STRANGER PRAY AT NIGHT) SO CHARLES PRINCE CAME AND NOTICE ABOUT THIS INCIDENT, SO HE SAID SOMETHING TO THAT GUEST THAT HE'S MOVIE STARTED @ 8:15 PM AND NOW AS WE SPEAK MAY BE CHARLES PRINCE MAYBE CAME @ 9:15 OR MORE AND FINALLY STATED THAT 1 MORE B.S. FROM THAT GUY CALL SECURITY STEVE @ WE WILL ESCORT HIM OUT, CONTINUE THIS WALKIN DRUNK THINKS HE WILL CONTINUE RUN AROUND & CONTINUE TO GET DRUNK @ THE BAR AND BRING MORE DRINKS INSIDE THE THEATER, NOW I HAVE CERTIFICATE HE CANT CONSUME ANYMORE SO HE STATED THOSE REMARKS

NOW AS YOU CAN SEE FROM THE VIDEO TAPE BETWEEN 8:00 PM - 9:50 PM EVERY TIME HE HAD "UPPER-HAND" ON ME BECAUSE OF "NEGLECT" FROM THROUGH-OUT STUDIO MOVIE GRILL & THEIR SECURITY'S CONTINUE TO CHALLENGE ME THAT INCLUDED CALLING MY MOTHER BITCH & MOTHER FUCKER WITH STUPID REMARKS AS YOU "REMEMBER ME BECAUSE I GOT RED JACKET, LIKE YOU GOT LONG BEARD"...

#1- ALL THIS INCIDENT COULD HAVE STOPPED LONG TIME AGO BECAUSE AS MENTIONED IN PAST THAT TUESDAYS ARE BUSY DAY OF THE WEEK BECAUSE OF $5 TICKET & OTHER FOOD & DRINKS I ALL-WAYS BEEN SAYING THAT (1) SECURITY HAS TO BE BY THE PODIUM (WHERE I'M USUALLY WORKING & ALOT OF B.S. STARTS THERE BECAUSE EITHER THEY DON'T HAVE TICKET AND OTHER DRAMA. ONCE EVERY WEEK WE'LL HAVE PROBLEM.) ONLY MAY-BE

#2 - WHEN MANAGER CHARLES PRINCE CAME BY THE FIRST TIME THAT'S WHERE HE SHOULD HAVE BEEN ESCORTED. THE CAMERA DON'T LIE

#3- WHERE WAS CHARLES CANE? EVERY SINGLE CO-WORKER HEARD ME CALLING FOR MANAGERS FOR THE FIRST TIME ABOVE TIME

#4 WHERE WAS THE SECURITIES?

#5 TOOK IT BY NATURAL REACTION WHERE HE CALLED ME BITCH, YOUR MOTHERS A BITCH AND OTHER WORDS. THIS GENTLEMAN WAS BIGGER THAN ME, BUT NO-BODY WAS THERE WHEN ASKED FOR MANAGER OR SECURITY'S. I MADE A MISTAKE AND WILL REGRET, THAT WAS NOT KAMAT, HE PUSHED THE RIGHT BUTTON AND CALLING MY MOM NAME. SINCERE APOLOGH [illegible]

ORIGINAL

October 11, 2019

To whom it may concern :

I met Kamat February of 2018 at Studio Movie Grill on 210 W. 87th St. , Chicago, IL. I was hosting an event for my son's fundraiser for the movie Black Panther. Kamat was the usher at the entrance to take your ticket. Lucky me, my event was the very first theater once you enter. The day for me was a full overload and stressful day, as a mom trying to pull off a successful event. I had a back drop to set up, so my guest could take picture once they exit the theater. Kamat was a major stress relief for me and my family. He went up and beyond being an usher. He took the initiative on watching my things that was set up and at one point he was the photographer until the actual photographer got there. He follow up with a couple of my guest food order that was taking longer then it should have. I'm just blessed that he have the character that he does because it was definitely a blessing to us. Even my guest appreciate Kamat professionalism. He was apart of our family that day.

10 - 14 - 19

10 - 14 - 2019

Subscribed and sworn to before me

this 14th day of OCTOBER 2019
at Chicago, County of Cook, State of Illinois.

Notary Public

"OFFICIAL SEAL"
KRYSTYNA GAL-MAZUR
Notary Public, State of Illinois
My Commission Expires 4/21/2023

ILLINOIS DEPARTMENT OF

# ◢Human Rights

## PROCEDURES FOR NON-HOUSING CHARGES

**Complainant:** Kamat M. Damani        **Your Charge Number:**        2018CF2532

Service of Charge: After the Complainant files the charge, the IDHR assigns a charge number and serves the charge on the Respondent (company, union, agency, etc.). Keep a copy of your charge documents. Always refer to your charge number (above) when calling or corresponding with the IDHR.

Responsibility to Cooperate: Both the Complainant and Respondent ("the parties to the charge") have a responsibility to cooperate with the IDHR, and must notify us of any change in address or telephone number immediately. If we cannot reach the Complainant by telephone and do not get a response to our letters, we have to dismiss the case. The Complainant also has a responsibility to lessen the damages, including a responsibility to work.

Role of IDHR: The IDHR's role is to conduct a NEUTRAL and FAIR investigation of the allegations in the charge. Although the IDHR represents the state's interest in eliminating discriminatory practices in Illinois, the IDHR does not represent either party. You must obtain your own attorney if you want someone to advocate for you or represent you.

Mediation Option: Mediation is an opportunity to meet with the other party to discuss how the issues raised in the charge can be resolved. A mediator facilitates the mediation conference, and there is no cost to either party. Mediation is available for any employment or public accommodation charge, and conferences are held in the IDHR's Chicago office. Request mediation by calling (312) 814-6889 or email "IDHR.Mediation@illinois.gov".

Investigation: Once the case is assigned to an investigator, the investigator contacts both parties to discuss the case in more detail, and reviews the Respondent's response to the charge and the responses of both parties to the IDHR's questionnaires. The investigator will also ask both parties to consider a voluntary settlement that would resolve the matter. Both parties are required to attend a fact-finding conference, which is a meeting conducted by the investigator where the Complainant and representatives of the Respondent answer questions so the investigator can determine if there was a violation of the Human Rights Act ("Act"). The investigator obtains pertinent documents from both parties and contacts relevant witnesses. Both parties should answer the investigator's questions and provide as much relevant information as possible to assist in the investigation, including helping the investigator to identify pertinent documents and locate witnesses. The Act requires that the IDHR conclude all proceedings and make a finding within 365 days of the perfected charge being filed. If necessary, the investigator will request that both parties sign an extension form to give the IDHR more time to complete the investigation. If the IDHR does not make a finding by the 365th day, or within any extension of that period agreed to in writing by all parties, the Complainant may file a complaint at the Illinois Human Rights Commission ("IHRC") or commence a civil action in a state circuit court of appropriate venue during the 90-day period following the expiration of the time allowed for investigation.

Investigation Report: After completing the investigation, the investigator writes a report summarizing the information obtained and making a recommended finding based upon the relevant evidence. After approval, the IDHR sends a copy of the report to both parties.

Appeal Rights: If the IDHR dismisses the case, the Complainant has the option of either 1) filing a Request for Review with the IHRC, OR, 2) commencing a civil action in a state circuit court of appropriate venue. The Respondent may file a request for review of a notice of default recommendation. The time periods for these actions are specified in the Act.

Public Hearing: If evidence of discrimination is found, then Complainant has the option of either (within the time period specified in the Act) 1) requesting the IDHR to file a complaint with the IHRC on Complainant's behalf, OR, 2) commencing a civil action in a state circuit court of appropriate venue. If Complainant requests the IDHR to file a complaint with the IHRC, an IDHR attorney will be assigned to help the parties resolve or "conciliate" the charge. If a settlement agreement is not reached, upon Complainant's request the IDHR will file a Complaint of Civil Rights Violation with the IHRC on behalf of Complainant. The Complainant bears the burden of proving the case before the IHRC.

Federal Court: A charge with an A, E, F or L in the charge number is cross-filed with the U.S. Equal Employment Opportunity Commission ("EEOC"). The charge is assigned an EEOC charge number to protect the Complainant's federal rights, but the IDHR will conduct the investigation on EEOC's behalf. At any time, the Complainant may request a Right to Sue notice from the EEOC and file the case in federal court. Note: Complainants have no right to proceed in federal court against state agency Respondents under the ADA or ADEA. The IDHR advises consulting an attorney before withdrawing the charge to determine if this is the best course. The IDHR cannot give legal advice. If the case is filed in federal court and the Complainant has not withdrawn the charge, the IDHR will stay the investigation.

**For a copy of the Human Rights Act or the IDHR's Rules and Regulations, see our web site at www.illinois.gov/dhr.**

# Projection Schedule by Start Time

From 03/13/2018 06:00 am  Until 03/14/2018 06:00 am  Projection Group: All

| Screen | Start | Finish | Status | Film Title |
|--------|-------|--------|--------|------------|
| Auditorium 14 | 7:00PM | 9:35PM | Open | BLACK PANTHER. |
| Auditorium 6 | 7:15PM | 9:25PM | Open | GRINGO |
| Auditorium 12 | 7:15PM | 9:55PM | Open | RED SPARROW |
| Auditorium 4 | 7:15PM | 9:00PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 10 | 7:30PM | 10:05PM | Open | BLACK PANTHER. |
| Auditorium 1 | 7:30PM | 9:37PM | Open | DEATH WISH |
| Auditorium 9 | 7:30PM | 9:05PM | Open | INITIAL D: LEGEND 3 (SUBTITLED) |
| Auditorium 7 | 8:00PM | 10:35PM | Open | BLACK PANTHER. |
| Auditorium 5 | 8:15PM | 10:00PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 2 | 8:30PM | 10:37PM | Open | DEATH WISH |
| Auditorium 13 | 8:45PM | 11:20PM | Open | BLACK PANTHER. |
| Auditorium 3 | 9:00PM | 10:55PM | Open | PETER RABBIT |
| Auditorium 8 | 9:20PM | 11:29PM | Open | A WRINKLE IN TIME |
| Auditorium 11 | 9:30PM | 0:05AM | Open | BLACK PANTHER. |
| Auditorium 4 | 9:30PM | 11:15PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 6 | 10:00PM | 0:10AM | Open | GRINGO |
| Auditorium 1 | 10:10PM | 0:17AM | Open | DEATH WISH |
| Auditorium 9 | 10:20PM | 0:29AM | Open | A WRINKLE IN TIME |
| Auditorium 12 | 10:25PM | 1:05AM | Open | RED SPARROW |
| Auditorium 14 | 10:30PM | 1:05AM | Open | BLACK PANTHER. |
| Auditorium 5 | 10:30PM | 0:15AM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 10 | 11:00PM | 1:35AM | Open | BLACK PANTHER. |
| Auditorium 2 | 11:15PM | 1:22AM | Open | DEATH WISH |

Handwritten annotations: "GUEST TICKET — ASSIGNED THEATER" (near Auditorium 5), "WANDERING IN THIS THEATER" (near Auditorium 13), "WANDERING IN THIS THEATER" (near Auditorium 11)

# Projection Schedule by Start Time

From 03/13/2018 06:00 am   Until 03/14/2018 06:00 am   Projection Group: All

| Screen | Start | Finish | Status | Film Title |
|--------|-------|--------|--------|-----------|
| **Tuesday, March 13, 2018** | | | Showing Sessions with Status: Open and Closed | |
| Auditorium 9 | 11:00AM | 1:09PM | Open | A WRINKLE IN TIME |
| Auditorium 11 | 11:00AM | 1:35PM | Open | BLACK PANTHER. |
| Auditorium 6 | 11:00AM | 1:10PM | Open | GRINGO |
| Auditorium 3 | 11:00AM | 12:55PM | Open | PETER RABBIT |
| Auditorium 5 | 11:15AM | 1:00PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 4 | 11:20AM | 1:23PM | Open | FIFTY SHADES FREED |
| Auditorium 1 | 11:30AM | 1:37PM | Open | DEATH WISH |
| Auditorium 14 | 12:00PM | 2:35PM | Open | BLACK PANTHER. |
| Auditorium 10 | 12:30PM | 3:05PM | Open | BLACK PANTHER. |
| Auditorium 2 | 12:30PM | 2:37PM | Open | DEATH WISH |
| Auditorium 8 | 12:50PM | 2:59PM | Open | A WRINKLE IN TIME |
| Auditorium 12 | 12:55PM | 3:35PM | Open | RED SPARROW |
| Auditorium 7 | 1:00PM | 3:35PM | Open | BLACK PANTHER. |
| Auditorium 3 | 1:25PM | 3:20PM | Open | PETER RABBIT |
| Auditorium 5 | 1:30PM | 3:15PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 9 | 1:45PM | 3:54PM | Open | A WRINKLE IN TIME |
| Auditorium 13 | 1:45PM | 4:20PM | Open | BLACK PANTHER. |
| Auditorium 6 | 1:45PM | 3:55PM | Open | GRINGO |
| Auditorium 4 | 1:55PM | 3:58PM | Open | FIFTY SHADES FREED |
| Auditorium 1 | 2:10PM | 4:17PM | Open | DEATH WISH |
| Auditorium 11 | 2:30PM | 5:05PM | Open | BLACK PANTHER. |
| Auditorium 2 | 3:10PM | 5:17PM | Open | DEATH WISH |
| Auditorium 14 | 3:30PM | 6:05PM | Open | BLACK PANTHER. |
| Auditorium 8 | 3:40PM | 5:49PM | Open | A WRINKLE IN TIME |
| Auditorium 5 | 3:45PM | 5:30PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 3 | 3:50PM | 5:45PM | Open | PETER RABBIT |
| Auditorium 10 | 4:00PM | 6:35PM | Open | BLACK PANTHER. |
| Auditorium 12 | 4:05PM | 6:45PM | Open | RED SPARROW |
| Auditorium 7 | 4:30PM | 7:05PM | Open | BLACK PANTHER. |
| Auditorium 4 | 4:30PM | 6:33PM | Open | FIFTY SHADES FREED |
| Auditorium 6 | 4:30PM | 6:40PM | Open | GRINGO |
| Auditorium 9 | 4:40PM | 6:49PM | Open | A WRINKLE IN TIME |
| Auditorium 1 | 4:50PM | 6:57PM | Open | DEATH WISH |
| Auditorium 13 | 5:15PM | 7:50PM | Open | BLACK PANTHER. |
| Auditorium 2 | 5:50PM | 7:57PM | Open | DEATH WISH |
| Auditorium 11 | 6:00PM | 8:35PM | Open | BLACK PANTHER. |
| Auditorium 5 | 6:00PM | 7:45PM | Open | STRANGERS: PREY AT NIGHT |
| Auditorium 3 | 6:15PM | 8:10PM | Open | PETER RABBIT |
| Auditorium 8 | 6:30PM | 8:39PM | Open | A WRINKLE IN TIME |

KAMAT DAMANI
2018 CF 1178

10 of 3

## 06-09-2017 4:50pm

June 11, 2017 at 1:16 PM

From  Kamat Damani ›

To  Lboylan@studiomoviegrill.com ›

Hide

On June 09th 2017 I Kamat Damani was working @ Chatham location so around 4:50pm Jimmy F. came to the podium stated bad remarks in front of our guests stating get the FUCK up out here I'm in charge now and you can clock out, I KAMAT put the Accommodation chair back inside the theater and jimmy kept BULLYING me and I told him I don't talk to people like that and he said I'm only playing and if you want to do something I will FUCK you up in the lobby he JIMMY brought Pam Westbrook and other GUESTS into his own SOME KIND OF EPISODE. I told him where there ware no guests because he was screaming got in my face and with his body pushing what do you want to do what do you want to do.  Please calm down you are very disturbing and hostile we went in the back by the garbage disposal and I couldn't not explain because he was very aggressive and if you see the whole video even in back because the door was open and I took out my phone to call Manager Charles Lane he snatched my phone and threw it on the ground.

Sent from my iPhone

Address

1:47 PM
4/5/2018

iCloud Mail - Written up on 06-10-2017 - Google Chrome

Apple Inc. [US] | https://www.icloud.com/message/current/en-us/index.html#view?guid=message%3AINBOX%2F30

2 of 3

# Written up on 06-10-2017

June 12, 2017 at 12:50 PM

From  Kamat Damani >

To  Lboylan@studiomoviegrill.com >

Hi Lisa as you can see I got written up by Aaron and he stated that it's i

Sent from my iPhone n the SMG HANDBOOK and you were given when you were hired, I reminded Aaron that I was not hired this year, I was hired 04-01-2016 and in front of manager Charles

Since his making it seem like this business was UP TO DATE we manager and I had to let Aaron know that we did not have HOT SCHEDULE and we were never aware of. So now he's saying

MANAGER OCTAVIA send out HOUSE MESSAGES saying about the not showing up or call in for work, the message was sent Saturday 06-10-17 around 7:00pm and my work schedule was

10:00am Aaron wrote me up on malicious act and he is trying very hard to terminate my employment with the company I love more than anyone in the CHATHAM INCLUDING GM AND

MANAGERS I called late at night because of my safety he Aaron was aware of the Friday incident and still wrote me up. As stated hiring family members is conflict of interest.

Hide

3 of 3

iCloud Mail - Volunteer @ Texas - Google Chrome

Apple Inc. [US] | https://www.icloud.com/#message/current/en-us/index.html#view?guid=message%3AINBOX%2F39

## Volunteer @ Texas

August 28, 2017 at 3:25 PM

from Kamat Damani ›

to Lboylan@studiomoviegrill.com ›

Hide

Dear Lisa, hello hope all is well. I was wondering if I can be assist in any way for the Houston area. I can represent S.M.G I can organize, coordinate or just use me for man power. We can let Texas know that Studio Movie Grill is there for them. Please let me know so I can tell Aaron about the schedule. Thanks sincerely your friend Kamat

Sent from my iPhone

Address

1:54 PM
4/5/2018

Kamat Damani
7704 S. Emerald Ave Apt #1B
Chicago, IL, 60620
773.934.9953
kamatdamani@hotmail.com

*/ of 2*

8/19/16

Brian Schultz
CEO
Studio Movie Grill
8350 N. Central Expy Suite 400
Dallas, TX 75206

Dear Mr. Schultz:

It was a pleasure meeting you back in April 2016 when you visited the Chatham, IL Studio Movie Grill location. I met you during my first week of working for your organization when there was a large influx of customers at the theater. At that time, I was one of two Runners cleaning the Auditoriums that day and you had mentioned to me how thankful you were for the hard work I was putting in for your company.

Over the period of my employment and to this day with Studio Movie Grill, I have established myself as an asset at the Chatham, IL location by being a team player and leading by example. All of my co-workers, Managers, and the General Manager respect the work that I put in every day that I come into work. I am a proactive and dedicated employee that takes the initiative to pick up a task without having to be asked. I recognize when there is a need and strive to fulfill it, which is essential when ensuring a great movie-going experience for all of our customers.

I see myself as a long term employee with Studio Movie Grill and would love the opportunity to grow with this company. I am willing to undergo any training necessary to move up in your company. My family and I come from a long line of Entrepreneurs and understand the value of professionalism.

I would like this letter to serve as an application to your company to review my employment for the purposes of obtaining a Managerial position at the Chatham, IL location.

Thank you for allowing me to express my interest and for your time and consideration.


Sincerely,



Kamat Damani

From: Venisha Johnson<vjohnson@studiomoviegrill.com>
Date: 10/20/2016 12:02 PM (GMT-06:00)
To: Brian Schultz <bschultz@studiomoviegrill.com>
Subject: Fwd: Letter to Brian Schultz

2 of 2

Hi Brian,
The attached letter is from Kamat Damani a very proud and enthusiastic employee of Chatham. He asked that
I pass it along to you because he was unable to personally hand it to you last week.


**Venisha White-Johnson** |IL Private Events Manager

Corporate Sales and Special Events, Studio Movie Grill

---------------------------------------------------------------------------

C: 773-531-6262 |O: 773-322-1450 X 4   I  Fax: 773-322-1455   I vjohnson@studiomoviegrill.com

## Fwd: 06-09-2017 4:50pm

**Kamat Damani** <kamatdamani@icloud.com>

Thu 10/24/2019 3:04 PM

**To:** Kamat Damani <kamatdamani@hotmail.com>

_1 of 1_

Sent from my iPhone

Begin forwarded message:

> **From:** Kamat Damani <kamatdamani@icloud.com>
> **Date:** June 11, 2017 at 3:16:13 PM CDT
> **To:** Lboylan@studiomoviegrill.com
> **Subject:** 06-09-2017 4:50pm

On June 09th 2017 I Kamat Damani was working @ Chatham location so around 4:50pm Jimmy F. came to the podium stated bad remarks in front of our guests stating get the FUCK up out of here I'm in charge now and you can clock out, I KAMAT put the Accommodation chair back inside the theater and jimmy kept BULLYING me and I told him I don't talk to people like that and he said I'm only playing and if you want to do something I will FUCK you up in the lobby he JIMMY brought Pam Westbrook and other GUESTS into his own SOME KIND OF EPISODE. I told him where there ware no guests because he was screaming got in my face and with his body pushing what do you want to do what do you want to do.  Please calm down you are very disturbing and hostile we went in the back by the garbage disposal and I couldn't not explain because he was very aggressive and if you see the whole video even in back because the door was open and I took out my phone to call Manager Charles Lane he snatched my phone and threw it on the ground.

Sent from my iPhone

## Fwd: Written up on 06-10-2017

**Kamat Damani** <kamatdamani@icloud.com>

Thu 10/24/2019 3:06 PM

**To:** kamatdamani@hotmail.com <kamatdamani@hotmail.com>

*/ of /*

Sent from my iPhone

Begin forwarded message:

> **From:** Kamat Damani <kamatdamani@icloud.com>
> **Date:** June 12, 2017 at 2:50:49 PM CDT
> **To:** Lboylan@studiomoviegrill.com
> **Subject: Written up on 06-10-2017**

Hi Lisa as you can see I got written up by Aaron and he stated that it's i

Sent from my iPhone n the SMG HANDBOOK and you were given when you were hired, I reminded Aaron that I was not hired this year, I was hired 04-01-2016 and in front of manager Charles prince his making it seem like this business was UP TO DATE we manager and I had to let Aaron know that we did not have HOT SCHEDULE and we were never aware of. So now he's saying MANAGER OGTAVIA send out HOUSE MESSAGES saying about the not showing up or call in for work,the message was sent Saturday 06-10-17 around 7:00pm and my work schedule was 10:00am Aaron wrote me up on malicious act and he is trying very hard to terminate my employment with the company I love more than anyone in the CHATHAM INCLUDING GM AND MANAGERS I called late at night because of my safety he Aaron was aware of the Friday incident and still wrote me up. As stated hiring family members is conflict of interest.

## Fwd: Volunteer @ Texas

Kamat Damani <kamatdamani@icloud.com>

Thu 10/24/2019 3:06 PM

To: kamatdamani@hotmail.com <kamatdamani@hotmail.com>

*1 of 1*

Sent from my iPhone

Begin forwarded message:

> **From:** Kamat Damani <kamatdamani@icloud.com>
> **Date:** August 28, 2017 at 5:25:39 PM CDT
> **To:** Lboylan@studiomoviegrill.com
> **Subject: Volunteer @ Texas**
>
> Dear Lisa, hello hope all is well. I was wondering if I can be assist in any way for the Houston area. I can represent S.M.G I can organize, coordinate or just use me for man power. We can let Texas know that Studio Movie Grill is there for them. Please let me know so I can tell Aaron about the schedule. Thanks sincerely your friend Kamat
>
> Sent from my iPhone

*THIS WAS for VOLUNTEERING for HURRICANE HARVEY.*



**5:57**

**LTE**

L

**Lisa HR SMG DIRECTOR** ›

iMessage
Jun 9, 2017, 6:53 PM

Lisa

Yes

This is Kamat, by any chance did you talk to anyone as manager from Chatham

I have spoken to a Chatham manager today

Ok

I'm scared to return to work tomorrow

Can I have you email a statement of what happened?
Lboylan@studiomoviegrill.com

And I will look into it right away

What time did the incident occur?

4:50ish

Yesterday?

iMessage

5:59 ✓      ••ıl LTE ▪️

2 of 12

‹

L

**Lisa HR SMG DIRECTOR** ›

Today

Behind the building?

Inside and behind the building

Did you invite him to come outside?

Where outside did it occur?

He was chasing me all the way in back and started to yell and scream at me where majority of the co-workers and guests heard him threatening me bottom of his lungs and our kitchen worker named Brandon heard him threatened me

Ok. Please email me your full statement

Tell me everything that happened

All I said was let's talk not front of the guests but if you look at the cameras he invited the guests and Pam Westbrook and he is almost 7 foot and big guy what else am I gonna do but talk to him as team leader

  iMessage 

       



5:59 ◈      ••ıl LTE 🔋

3 of 12

L

Lisa HR SMG DIRECTOR ›

What part of the outside?

Where outside?

Inside but he took him self to another level by hurting me. There is no shape I can do but give him advice. This guy is giant. There was no threat on my side

But it ended up outside right?

I need to know exactly where

Jun 9, 2017, 9:42 PM

Aaron Co-Worker <u>773-466-2702</u> will tell you everything and Aaron told me after I contacted him stated that how JIMMY PLAYS. My whole thing is I'm not here to play with anyone but to do my JOB. I DID NOT OPEN AMY DOORS FOR SOMEONE TO ACT IN THAT KIND OF NATURE

Kamat, I need you to email a statement

Kamat, did you call in for tomorrow?



iMessage

5:59 ⏎                       •ıl LTE 🔋

<           **L**

**Lisa HR SMG DIRECTOR** ›



I did because this was a threat against the safety of a co -Worker and I am not feeling safe. I know this neighborhood very well I live in this neighborhood and the last thing I want is to loose my life

Understood

Please work on your statement

**Jun 10, 2017**, 8:46 PM

Kamat:
I haven't received your statement.

I need it right away.

I'm sorry. I've been sleeping all day. I'll try to take care of it ASAP

**Jun 11, 2017**, 4:38 PM

Hi Lisa by any chance did you receive the email

I did. Thank you.

I will be in touch

You welcome and have a wonderful day



iMessage

**6:00** ⏺      ·ıll LTE ▬

<          5 of 12

Lisa HR SMG DIRECTOR >

You as well

Jun 12, 2017, 2:33 PM



Please let me know you got my email

I did. Let me review.

Jun 20, 2017, 8:26 PM

Hi Lisa, by any chance do you have a minute for me

    iMessage   

       



**6:00**         **LTE**

Lisa HR SMG DIRECTOR ›

I do.

I'm going to be honest,Today was the best Day I've seen in a really long time. Super busy just the way I want it to be. Martha and Aaron played the best this morning with our crew. Peaceful but wild, that's how this business is going to be and I wanna let you know that I truly enjoyed working with my team.

That's so great! I am so glad that the issues are resolved.

I just want to work in a peaceful environment with good and peaceful people. That's all I ask,I'm not bad person. Please relate to Aaron and the Managers. They know Im very polite. Thanks

I definitely will. Thank you!

Have a good night

You as well my friend

Jun 22, 2017, 6:12 PM



iMessage

6:00 ⏳                                    �‖ LTE 🔋

‹                        7 of 12
          Lisa HR SMG DIRECTOR ›

> I don't know if you been noticed that the guy who assaulted me is working with me, right now and I did not know he was even on the schedule. I thought he was no longer working here because of the incident

No. He was counseled and should act accordingly

> That's the reason I didn't not work the day after the incident. It's not fair. I never seen any other company take this type of behavior this lightly. It's on the camera and he gets counciling

There is no physical altercation captured on the video.

> There was

I have viewed the video multiple times. I have it saved.
The issue should be resolved now.

> That's why I said hiring family members will be an conflict of interest

  iMessage  

       

6:01 ✓      .ııl LTE ▭

8 of 12

<

L

Lisa HR SMG DIRECTOR ›

> That's why I said hiring family members will be an conflict of interest

> Majority of the people working here are family members and if I did behave in that kind of way I'd be fired.

Sep 15, 2017, 2:45 PM

Lisa

Yes

Sep 15, 2017, 4:26 PM

> You need to call Chatham location and see today's sales. Too slow and too many employees and managers. Not doing anything but stealing. And have me to do other job and family members not doing anything but stealing company money

> F.Y.I there was a real big incident with the managers and coworkers chasing young teenagers and beating them up BLACK AND BLUE ,BLOODY. Where you can see these peoples DEMEANOR(FAMILY WORKERS) WHERE CHARLES LANE

iMessage

Mail - Kamat damani - Outlook

9 of 12

**6:01** ⏴        ▪▎ LTE ▭

‹    L

Lisa HR SMG DIRECTOR ›

> F.Y.I there was a real big incident with the managers and coworkers chasing young teenagers and beating them up BLACK AND BLUE ,BLOODY. Where you can see these peoples DEMEANOR(FAMILY WORKERS) WHERE CHARLES LANE LOST DEPOSITS(money )FOR SMG ON THE CHASE ABOUT 5 BLOCKS AWAY WHERE OGTAVIA(MANAGER) LOST HER SMG KEYS TO THE BUILDING AND OFFICE AND OTHER WORKERS BEATING BRUTALLY TO THESES YOUNG TEENAGERS. NEXT DAY THESE TEENAGERS CAME BACK FOR REVENGE TO SMG WITH THEIR FRIENDS GOD KNOWS IF THEY HAD WEAPONS. THEY WERE LOOKING FOR CHARLES LANE AND OTHER COWORKERS WHO ASSULTED THESE YOUNG KIDS.

When did this incident occur?

> This what happens when you have unprofessional people working for the good company. Aaron is the same way. Or maybe he doesn't notice but you got thiefs including the managers working for your

iMessage

**6:01** 📶 LTE 🔋

‹      **L**

**Lisa HR SMG DIRECTOR** ›

*10 af 12*

> This what happens when you have unprofessional people working for the good company. Aaron is the same way. Or maybe he doesn't notice but you got thiefs including the managers working for your company. Everyone is family members. How long do I have to tell SMG that everyone is getting piece of the pie. And this is the consequence I get. They are putting wool over this beautiful company's eyes

Mar 9, 2018, 11:24 PM

> Lisa

Yes

> Hi Lisa I'm really sorry, but are you still the HR for SMG

No I'm not

I can get you in touch with someone that can help

What's going on?

> I had the conversation with you
> ~~when you came to Chicago. I have~~

iMessage.

*11 of 12*



**Lisa HR SMG DIRECTOR** ›

I had the conversation with you when you came to Chicago, I have not been in notice that you are no longer with SMG

Is this Kamat?

I'm sorry you aren't in my phone.

Yes mam

Ok. What is happening?

Everything is up side down. I don't know how to put it in words

Is Aaron still there?

Yes

Ok

Have you met Kito?

Kito Cody

No who's he

He's the SVP if Operations

iMessage

*12 of 12*

