IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAMAT DAMANI, | |
| Plaintiff, | |
| vs. | No. 19 cv 06901 |
| BRIAN HOOD, AARON THOMAS, and CHARLES LANE, | Hon. Andrea R. Wood |
| Defendants. | |

**JOINT STATUS REPORT**

Now come the Plaintiff, KAMAT DAMANI, by and through his attorney Matthias D. Gill, and Defendants, BRIAN HOOD and AARON THOMAS, by and through their attorney, Jennifer Colvin of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., and hereby submit this Joint Status Report as requested by this Honorable Court in its July 29, 2024 Order [Dkt. No. 114]:

**I.** **Parties Proposed Discovery Needs and Schedule:**

A. **Plaintiff, Kamat Damani**

1. *Written Discovery*

Plaintiff is seeking supplemental discovery and will follow up with a LR37.2 letter and a meet and confer with defense counsel regarding issues related to alleged preferential assignments made to other employees which he was denied and other employees who were involved in customer altercations who did not receive similar consequences.

Defendants anticipate objections to Plaintiff's request for supplemental discovery.

2. *Oral Discovery*

Plaintiff is seeking the depositions of:

Brian Hood;

    Aaron Thomas;
    Charles Lane;
    Pamela Westbrook, former employee of Studio Movie Grill;
    "Jimmy F.", former employee of Studio Movie Grill;
    Charles Prince, former employee of Studio Movie Grill;
    Lisa Boylan;
    Janus Johnson; and
    A corporate representative of Studio Movie Grill pursuant to FRCP 30(b)(6).

Plaintiff requests the last known address and identities of former employees listed above so that subpoenas can be issued.

Defendants note that Studio Movie Gill is not a party to this lawsuit. Defendants further note that, with the exception of Defendants Hood and Thomas, none of the individuals identified by Plaintiff are within the control of Defendants and Plaintiff will need to subpoena the proposed deponents.

    B.    <u>Defendants, Hood and Thomas</u>

    1.    *Written Discovery*

Defendants are seeking supplemental discovery and will follow up with a LR37.2 letter and a meet and confer with Plaintiff's counsel regarding issues pertaining to mitigation of alleged damages and updated authorization of releases for Plaintiff's medical records. Plaintiff has claimed significant emotional distress and has placed his medical records at issue.

    2.    *Oral Discovery*

Defendants are seeking the deposition of Kamat Damani and maintain that he should be deposed in advance of other deponents. Defendants reserve the right to determine whether to depose other individuals, including Plaintiff's medical treaters.

    C.    <u>Proposed Deadline for the Aforementioned Discovery</u>

The parties intend to complete the aforementioned discovery, if allowed, by February 12, 2025.

## II. Dispositive Motion Filing

Plaintiff does not anticipate filing any dispositive motions.

Defendants intend to file a dispositive motion forty-five days from the completion of discovery as per this proposed schedule, or by March 31, 2025.

**RESPECTFULLY SUBMITTED BY**:

| | |
|---|---|
| /s/ *Matthias D. Gill* | /s/ *Jennifer Colvin* |
| Counsel for PLAINTIFF | Counsel for DEFENDANTS |
| Anderson Rasor & Partners, LLP | Ogletree, Deakins, Nash, Smoak & Stewart, PC |
| 150 South Wacker Drive, Suite 350 | 155 N. Wacker Drive, Ste 4300 |
| Chicago, IL 60606 | Chicago, Illinois 60606 |
| (630) 849-3484 | (312) 558-1234 |
| matthias.gill@arandpartners.com | Jennifer.colvin@ogletreedeakins.com |

Dated: August 12, 2024.