UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

Kamat M. Damani
  Plaintiff,

Case No: 1:19-CV-06901
Honorable Judge: Andrea R. Wood

Brian Hood, Aaron Thomas
and Charles Lane.
  Defendants.

FILED
AUG 25 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

# MOTION FOR ANY RELIEF

---

Plaintiff Kamat M. Damani pro-se comes to this court for any relief he can get.

In support of this motion Damani states as follows:

1 of 15

1 - DAMANI IS NOT DELAYING THIS HONORABLE JUDGE'S ORDER (ECF #146).

2 - DAMANI IS HAVING VERY HARD TIME UNDERSTANDING THE MATERIALS (RULE 56). WHERE HE DOES NOT WANT TO MAKE ANY MISTAKES OF HIS VALID AND GENUINE CLAIMS.

3 - THERE IS AN ACT OF <u>RACIAL HATE CRIME</u> WHERE DAMANI IS AFRAID IT WILL NOT GET ADDRESSED RIGHT, PROPERLY OR CORRECTLY AS DAMANI IS PRO-SE.

4 - PLEASE YOUR HONOR GIVE DAMANI A CHANCE TO PERSONALLY DEMONSTRATE HIS CASE AND EXHIBITS INCLUDING VIDEO OF THE FIGHT INCIDENT (APPROX TIME 30 MIN) TO COMPARE <u>PERJURED STATEMENT STUDIO 000053-000054</u>.

5- THIS CASE AND DAMANI'S VIDEO DEPOSITION IS VERY CRUCIAL TO HIS CLAIMS, WHERE THIS COURT MUST SEE WHERE THESE ACTS WERE INTENTIONAL AND VERY WELL CALCULATED.

6- AGAIN YOUR HONOR DAMANI IS NOT DELAYING THIS COURTS ORDER (ECF#146).

7- DAMANI IS CONTINUING TO DO HIS BEST TO RESPOND THE DEFENDANTS SUMMARY JUDGEMENT.

8- DAMANI IS WORRIED IF HE MAKES MISTAKES AND MOST LIKELY HE WILL AND ASKS THIS COURT TO GIVE EXTRA ATTENTION IF THIS COURT CANT FULLY UNDERSTAND HIM.

9- DAMANI DOES NOT UNDERSTAND HOW TO BRING THESE CLAIMS AND OTHER SUSPICIOUS ACTS BY DEFENDANTS DURING DAMANI'S DEPOSITION (RULE 30). (SEE ATTACHED EXHIBITS). (NOTE: DAMANI STILL HAS ALL HIS OTHER CASES OPEN).

10- DAMANI IS ASKING THIS COURT TO APPOINT HIM AN ATTORNEY OR GIVE DAMANI AN OPPORTUNITY TO PERSONALLY DEMONSTRATE HIS GENUINE AND VALID CASE AND PUTS HIS FAITH IN THIS COURTS HANDS OR ASSIST HIM WITH SUBMITTING HIS RESPONSE TO DEFENDANTS SUMMARY JUDGEMENT WITH HIS EXHIBITS.

11- HOWEVER THIS COURT VIEWS AND EXAMINES IT WAS CLEARLY INTENTION FOR STIRRING-UP RACIAL HATRED.

WHEREFORE, PLAINTIFF KAMAT M. DAMANI PRO-SE PRAYS THIS COURT TO GRANT ANY RELIEF THIS COURT CAN GIVE HIM. THANK YOU

Kamat M. D.
KAMAT M. DAMANI PRO-SE
8/25/2025
106 W. 76th STREET #1
CHICAGO, IL 60620
773 934-9953
Kamatdamani@hotmail.com

CERTIFICATE OF SERVICE:

I KAMAT M. DAMANI CERTIFY THAT ON AUGUST 25TH 2025. I PROVIDED SERVICE TO JENNIFER COLVIN, OGLETREE, DEAKINS, NASH, SMOAK AND STEWART P.C.

155 N. WACKER DRIVE SUITE 4300

CHICAGO, ILLINOIS 60606

312-558-1234

BY THE FOLLOWING MEANS U.S. MAIL

KAMAT M. DAMANI
8/25/2025
106 W. 76TH STREET #1
CHICAGO, IL 60620
773-934-9953
Kamatdamani@hotmail.com

# VIOLATION OF RULE 30 OF THE FEDERAL RULES OF CIVIL PROCEDURE RULE 30(a)(b)(3)(A)

1- DAMANI BELIEVES DEFENDANTS MAY HAVE CONSPIRED WITH OTHER PARTIES DURING THE 01/29/2025 DEPOSITION OF DAMANI BY ZOOMING WITHOUT HIS CONSENT OR KNOWLEDGE. "MUST STATE IN THE NOTICE THE METHOD RECORDING THE TESTIMONY." SEE: ATTACHED EXHIBITS, INC: NOTICE OF DEPOSITION ALSO: DAMANI STILL HAS HIS OTHER CLAIMS PENDING.

2- RULE 30(b) VIDEO RECORDING OF ZOOM CALLS MAY VIOLATE FEDERAL AND STATE EAVESDROPPING LAWS. "ALL PARTY CONSENT" GOVERNOR PAT QUINN PA 98-1142 (THE AMENDMENT). 720 ILCS 5/14-1 et seq., (STATUTE) VIOLATED THE AMENDMENT. IN PEOPLE V. CLARK, 2014 IL 115776, AND PEOPLE V. MELANGO, 2014 IL 114852.

FIRST, IN ACLU OF ILLINOIS V. ALVAREZ, 679 F.3d 583 (7TH CIR. 2012).

<u>NEXT</u>, THE ILLINOIS SUPREME COURT, IN CLARK V. MELANGO

\* SURREPTITIOUS RECORDING = ADDITIONALLY, THE AMENDMENT ONLY PROHIBITS RECORDING OF PRIVATE CONVERSATIONS.

"IN SURREPTITIOUS MANNER," WHICH THE LAW DEFINES AS OBTAINED OR MADE BY STEALTH OR DECEPTION, OR EXECUTED THROUGH SECRECY OR CONCEALMENT.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAMAT M. DAMANI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 cv 06901 |
| | ) | |
| BRIAN HOOD, AARON THOMAS, | ) | Hon. Andrea R. Wood |
| CHARLES LANE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF DEPOSITION**
**OF PLAINTIFF KAMAT DAMANI**

TO: Please see attached Certificate of Service.

**PLEASE TAKE NOTICE** that on January 29, 2025, at 10:00 a.m., counsel for Defendants, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition upon oral examination of Plaintiff Kamat M. Damani at the office of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., 155 North Wacker Drive, Suite 4300, Chicago, Illinois 60606. The deposition will continue until completed as provided under the Federal Rules of Civil Procedure, and shall be taken before a stenographic reporter or other person duly authorized to administer oaths. The deposition may also be videotaped.

DATED: January 14, 2025.

COUNSEL FOR DEFENDANTS BRIAN HOOD
AND AARON THOMAS

/s/ *Jennifer L. Colvin*
One of its Attorneys

Jennifer L. Colvin (ARDC No. 6274731)
Margaret R. Foss (ARDC No. 6345788)
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
jennifer.colvin@ogletreedeakins.com
margaret.foss@ogletreedeakins.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on January 14, 2025, the foregoing *Notice of Deposition of Plaintiff Kamat Damani* was served via electronic mail upon:

> Kamat Damani
> 106 West 76th Street
> Chicago, IL 60620
> (773) 934-9953
> kamatdamani@hotmail.com
>
> *Pro Se Plaintiff*

>> /s/ Margaret R. Foss
>> COUNSEL FOR DEFENDANTS BRIAN HOOD AND
>> AARON THOMAS

4/8/25, 4:05 PM
Mail - kamat damani - Outlook
Case: 1:19-cv-06901 Document #: 147 Filed: 08/25/25 Page 10 of 15 PageID #:882

 **Outlook**

---

**RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]**

From  Foss, Margaret R. <margaret.foss@ogletree.com>
Date  Tue 1/14/2025 2:50 PM
To    kamat damani <kamatdamani@hotmail.com>
Cc    Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>

📎 1 attachment (125 KB)
Damani Notice of Deposition.pdf;

Mr. Damani:

Please find the attached Notice of Deposition which confirms the date, time, and location of your deposition.

Please let us know if you have any questions.

Thank you,
Margaret Foss

**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

---

**From:** kamat damani <kamatdamani@hotmail.com>
**Sent:** Tuesday, January 14, 2025 1:01 PM
**To:** Foss, Margaret R. <Margaret.Foss@ogletreedeakins.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Re: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

[Caution: Email received from external source]

---

Good Afternoon Ms.Foss, yes I am available but I need to talk to Judge Wood tomorrow about the Motion (Subpoenas) I have filed with court. Thank you

10 OF 15 DOUBLE SIDED

Get Outlook for iOS

**From:** Foss, Margaret R. <margaret.foss@ogletree.com>
**Sent:** Tuesday, January 14, 2025 12:54:54 PM
**To:** kamat damani <kamatdamani@hotmail.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Good Afternoon Mr. Damani:

Please advise whether you are available January 29, 2025, at 10:00 AM for your deposition.

Thank you,
Margaret Foss
**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

**From:** Foss, Margaret R.
**Sent:** Monday, December 23, 2024 3:20 PM
**To:** kamat damani <kamatdamani@hotmail.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Mr. Damani:

==We are currently determining if an individual in Texas will be attending the deposition and, if so, we will get available dates from that person. We will provide you a date as soon as practicable, but it may not be until after the holidays due to our clients' availability.==

Thanks,
Margaret Foss
**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

**From:** kamat damani <kamatdamani@hotmail.com>
**Sent:** Monday, December 23, 2024 2:49 PM
**To:** Foss, Margaret R. <Margaret.Foss@ogletreedeakins.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Re: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

11 OF 15

**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

==Good Morning Mr. Damani,==

==Per the Court's instruction,== please provide all dates you are available for your deposition to be taken in January 2025, excluding January 8 through January 17, 2025, and January 23 and 24, 2025.

Thank you,
Margaret Foss
**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

---

**From:** Foss, Margaret R.
**Sent:** Friday, December 13, 2024 4:42 PM
**To:** kamatdamani@hotmail.com
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Mr. Damani,

Attached is correspondence dated today. As noted in the correspondence, in addition to our request that you supplement your prior discovery responses, please provide all dates you are available for your deposition to be taken in January 2025. However, Defendants' counsel is not available January 8 through January 17, 2025, and January 23 through 24, 2025.

Thank you,
Margaret Foss
**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

*[Handwritten: 12 OF 15 DOUBLE SIDED]*

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

Get Outlook for iOS

---

**From:** Foss, Margaret R. <margaret.foss@ogletree.com>
**Sent:** Monday, December 23, 2024 1:52:56 PM
**To:** kamat damani <kamatdamani@hotmail.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Mr. Damani:

It would be unreasonable for the parties to conduct your deposition on such short notice.

Please provide dates after January 17, 2025, excluding January 23 and 24, that you are available.

If you are not available those dates in January, please provide your availability for February, particularly prior to the close of fact discovery on February 12, 2025.

Thank you,
Margaret Foss

**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

---

**From:** kamat damani <kamatdamani@hotmail.com>
**Sent:** Monday, December 23, 2024 1:23 PM
**To:** Foss, Margaret R. <Margaret.Foss@ogletreedeakins.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Re: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

[Caution: Email received from external source]

*13 of 15*

---

Good Afternoon Margaret, I am available for Deposition on: Friday 01/03/2025, Monday 01/06/2025 or Tuesday 01/07/2025. Please let me know. Thank you

Get Outlook for iOS

---

**From:** Foss, Margaret R. <margaret.foss@ogletree.com>
**Sent:** Wednesday, December 18, 2024 11:11:34 AM
**To:** kamatdamani@hotmail.com <kamatdamani@hotmail.com>

[Caution: Email received from external source]

==Well I am giving you good (2) weeks, I think you have more than enough time to have it prepared. I want to do it before 15th in a GOOD FAITH because I was not trying to AVOID the last deposition, I was not been in contact with anyone from your firm, as you were aware about my lawyer withdrawal 09/11/2024. As you are aware all communication now has to be CCd me, you guys neglected on the communication.==

Get Outlook for iOS

---

**From:** Foss, Margaret R. <margaret.foss@ogletree.com>
**Sent:** Monday, December 23, 2024 2:06:07 PM
**To:** kamat damani <kamatdamani@hotmail.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Mr. Damani:

It is not required that your deposition be taken prior to the next status conference before Judge Wood. The parties can inform Judge Wood at the next status conference that your deposition has been scheduled to be taken.

If you would prefer, the parties can ask Judge Wood at the next status conference on January 15, 2025, to set another status conference for after the deposition.

Thanks,
Margaret Foss

**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

---

**From:** kamat damani <kamatdamani@hotmail.com>
**Sent:** Monday, December 23, 2024 1:57 PM
**To:** Foss, Margaret R. <Margaret.Foss@ogletreedeakins.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Re: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

[Caution: Email received from external source]

*[Handwritten: 14 OF 15 DOUBLE SIDED]*

==I want to do it before the next telephone conference with Judge Wood 01/15/2025==

[Caution: Email received from external source]

Let's go with your opening and we will go from there.

Get Outlook for iOS

---

**From:** Foss, Margaret R. <margaret.foss@ogletree.com>
**Sent:** Monday, December 23, 2024 2:35:35 PM
**To:** kamat damani <kamatdamani@hotmail.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** RE: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]

Mr. Damani:

While we appreciate you with providing us with dates, as I'm sure you understand, the dates of January 3, 6, and 7 are not reasonable given the Christmas and New Year holidays and are not a full two weeks from today. Given the holidays, they also do not provide sufficient time for us to determine if a representative from Texas will be attending your deposition. We cannot and will not proceed on the dates you provided.

We are attempting in good faith to work with you to schedule your deposition. If you are unwilling to provide other dates after January 17, 2025, excluding January 23 and 24, that you are available, we will ask the Court at the next status to order your deposition be taken on a date certain.

Furthermore, we have not neglected on communication with you. Your deposition was scheduled in October prior to your lawyer's withdrawal. It was your lawyer's responsibility to provide you with all documents sent to him.

Please provide additional dates.

Thank you,
Margaret Foss

**Margaret R. Foss | Ogletree Deakins**
155 North Wacker Drive, Suite 4300 | Chicago, IL 60606 | Telephone: 312-558-3149
margaret.foss@ogletree.com | www.ogletree.com | Bio

15 OF 15

**From:** kamat damani <kamatdamani@hotmail.com>
**Sent:** Monday, December 23, 2024 2:18 PM
**To:** Foss, Margaret R. <Margaret.Foss@ogletreedeakins.com>
**Cc:** Colvin, Jennifer L. <Jennifer.Colvin@ogletreedeakins.com>
**Subject:** Re: Damani v Hood et al, Case No. 19-cv-06901 [ODNSS-OGL.035355.000010]